IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CESAR ALFARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-0430 (LO-TCB) |
| ) | |
| FIRST ADVANTAGE LNS SCREENING ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| Defendant. ) | |

## CONSENT DECREE

THIS DAY CAME the Plaintiff, CESAR ALFARO, and the Defendant, FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC., by counsel, and hereby move this Court to enter the this Consent Decree in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that Defendant is ORDERED to identify the sources of public record information in tenant screening disclosures to consumers in accordance with 15 U.S.C. § 1681g(a)(2). Specifically, Defendant is ORDERED, upon request from a consumer for his/her file, to identify both the furnishing source of information and the courthouse information when it is provided to Defendant from its source of public record information, in resident screening reports prepared by Defendant on the consumer.

UPON FURTHER CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that Defendant will provide payment to the eleven individuals identified in discovery who requested their consumer files from Defendant that included public record information for alleged statutory damages pursuant

to 15 U.S.C. § 1681n. In the event an individual does not cash his/her check within ninety (90) days of the date Defendant mailed the check to him/her, the check shall be void and the money shall revert to Defendant.

Defendant does not admit any allegations and claims made against it in this action. Nothing contained in this Consent Decree, nor any of the acts taken hereunder, shall be deemed or construed as an admission of liability by Defendant of any violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, or any other law, statute, ordinance, order, consent decree, regulation or constitution of any kind.

UPON CONSIDERATION, of the representations of counsel and for good cause shown, it is ORDERED, ADJUDGED and DECREED that the Complaint against Defendant, FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC. is DISMISSED WITH PREJUDICE.

Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court retains jurisdiction over this action in order to enforce this Consent Decree and the parties' settlement agreement.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 11 day of March, 2016.

_____
Liam O'Grady
United States District Court Judge

/s/ Kristi Cahoon Kelly
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY & CRANDALL, PLC
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
(703) 424-7572 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
lenbennett@clalegal.com
srotkis@slalegal.com

*Counsel for Plaintiff*


/s/ Christine M. Costantino
Christine M. Costantino (VSB # 86986)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
ccostantino@seyfarth.com

Frederick T. Smith*
fsmith@seyfarth.com
Gregory L. Smith, Jr.*
glsmith@seyfarth.com
Megan H. Poonolly*
mpoonolly@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone:   (404) 885-1500
Facsimile:   (404) 892-7056
*Admitted *pro hac vice*

*Attorneys for Defendant First Advantage
LNS Screening Solutions, Inc.*